UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SHLIMON SHLIMON,

        Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

Case No. 12-13806

HON. TERRENCE G. BERG
HON. LAURIE J. MICHELSON

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION (Dkt. 16)

This matter is before the Court on Magistrate Judge Laurie J. Michelson's May 29, 2013 Report and Recommendation (Dkt. 16), recommending that Plaintiff's Motion for Summary Judgment be GRANTED, that Defendant's Motion for Summary Judgment be DENIED, and that the case be REMANDED to the Administrative Law Judge for further explanation as to the weight assigned to the opinion of Plaintiff's treating physician.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will,

therefore, accept the Magistrate's Report and Recommendation of May 29, 2013, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Michelson's Report and Recommendation of May 29, 2013, (Dkt.16) is **ACCEPTED** and **ADOPTED**.

It is **FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (Dkt. 11) is **GRANTED**, Defendant's Motion for Summary Judgment (Dkt. 12) is **DENIED**, and the case is **REMANDED** to Administrative Law Judge Roy Roulhac for further explanation as to the weight assigned to the opinion of Plaintiff's treating physician.

Dated: June 28, 2013                           s/Terrence G. Berg
                                               TERRENCE G. BERG
                                               UNITED STATES DISTRICT JUDGE

### Certificate of Service

I hereby certify that this Order was electronically submitted on June 28, 2013, using the CM/ECF system, which will send notification to all parties.

                                               s/A. Chubb
                                               Case Manager